FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES SOLICITOR GENERAL,<br><br>        Defendant. | No. 2:25-CV-00270-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION** |

By Order filed September 5, 2025, the Court directed Plaintiff, an individual incarcerated at the Monroe Correctional Complex-Intensive Management Unit in Monroe, Washington, to show cause why the Court should grant his application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). ECF No. 8. In the alternative, Plaintiff could have paid the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee). *Id.*

On September 25, 2025, the Court received Plaintiff's 39-page Response/Final Amended Complaint. ECF No. 9. Plaintiff merely repeats his assertions regarding a brain injury he suffered in 2004 and contends that he has been "oppressed for two decades, trapped in United States, forced to generate federal taxes, unable to pursue happiness while imprevising [sic] for daily activity because I haven't been equal due to my lack of inherent human functions since age

16[.]" *Id.* at 1.

Having reviewed Plaintiff's submissions, the Court finds that he has failed to demonstrate that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under imminent danger of serious physical injury when he filed this lawsuit. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055–56 (9th Cir. 2007). Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis*. Because Plaintiff did not avail himself of the opportunity to pay the $405.00 filing fee, he may not proceed with this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 4, is **DENIED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. The Clerk of Court shall **CLOSE** the file.

4. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment and provide copies to Plaintiff.

**DATED** this 9th day of October 2025.



Stan Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION # 2